UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 19-00007-001 (RMB) |
| v. : | FINAL ORDER OF FORFEITURE |
| BRANDON DEGREE, : | |
| Defendant. : | |

WHEREAS, on January 4, 2019, Defendant Brandon Degree pleaded guilty to a one-count Information that charged him with knowingly possessing a firearm as a convicted felon, a violation of Title 18, United States Code, Section 922(g)(1);

WHEREAS, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), Defendant Brandon Degree agreed to forfeit all right, title and interest in the following:

    1.    One SCCY, Model CPX-2, 9 mm caliber semi-automatic pistol bearing serial number 146157; and

    2.    Ten assorted 9mm caliber bullets,

(collectively the "Firearm and Ammunition");

WHEREAS, Defendant Brandon Degree specifically acknowledges notice of the criminal forfeiture, consents to the entry of a Final Order of Forfeiture, and waives his right to be present and heard on the timing and form of this order pursuant to Federal Rules of Criminal Procedure 32.2 and 43(a); and

WHEREAS, Defendant Brandon Degree agrees not to contest the forfeiture of the Firearm and Ammunition;

1

WHEREAS, by virtue of the above, the United States is now entitled to possession of the Firearm and Ammunition pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure;

WHEREAS, Defendant Brandon Degree, waives and abandons all right, title, and interest in the Firearm and Ammunition listed above, and further waives, releases, and withdraws any claim that he may have made with respect to the Firearm and Ammunition, and waives and releases any claim that he might otherwise have made to the Firearm and Ammunition in the future;

WHEREAS, Rule G(4)(a)(i)(A) provides that notice need not be published if the forfeited property is worth less than $1,000;

WHEREAS, the Firearm and Ammunition is believed to have a value of less than $1,000;

WHEREAS, Defendant Brandon Degree consents to the destruction of the Firearm and Ammunition; and

WHEREAS, no other person, other than the Defendant, has any right, title or interest in the Firearm and Ammunition;

It is therefore hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. A Final Order of Forfeiture is entered pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), and the property, specifically:

    a. One SCCY, Model CPX-2, 9 mm caliber semi-automatic pistol bearing serial number 146157; and

    b. Ten assorted 9mm caliber bullets,

is hereby forfeited to the United States of America, and no right, title or interest in such property shall exist in any other person.

2. The federal agency in possession of the Firearm and Ammunition in its discretion may destroy or cause the destruction of the Firearm and Ammunition.

3. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

ORDERED this 4th day of January, 2019.

HONORABLE RENEE MARIE BUMB
UNITED STATES DISTRICT JUDGE

3

The undersigned hereby consent to
the entry and form of this Order:

s/ *Christina O. Hud*

Dated: 1·4·19

CHRISTINA O. HUD
Assistant United States Attorney

Dated: 1·4·19

MAGGIE MOY, ESQ.
Attorney for Defendant Brandon Degree

Dated: 1·4·19

BRANDON DEGREE
Defendant

4